IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 7:12-CR-16 (HL) |
| ABIGAIL MORALES | |

## ORDER ON MOTION FOR CONTINUANCE

Undersigned counsel for Defendant, Abigail Morales has filed a motion to continue this case to the next regularly scheduled trial term. Counsel states that additional time is needed to review discovery, prepare pretrial motions, conduct plea negotiations, and prepare for trial.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued hereafter until reached on the next regularly scheduled trial calendar in the Valdosta Division of this district, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161 (c)(1) to be extended to the completion of that trial term.

It is the Court's finding that pursuant to 18 U.S.C. § 3161 (h)(7)(A), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial; that the failure to grant such continuance could result in a miscarriage of justice [18 U.S.C. § 3161 (h)(7)(B)(i)]; and the failure to grant such continuance would deny counsel for the defendant and the government reasonable time necessary for effective preparation for trial taking into account the exercise of due diligence [18 U.S.C. § 3161 (h)(7)(B)(iv)].

It is SO ORDERED, this 8th day of June, 2012.

s/Hugh Lawson
**HONORABLE HUGH LAWSON
UNITED STATES DISTRICT COURT JUDGE**